# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

ɱ 01-20685

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

SEAN BOB REED,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Texas
(ɱ H-00-CR-481-1)

_____

August 14, 2002

Before DAVIS, JONES, and SMITH,
   Circuit Judges.

PER CURIAM:[*]

   Sean Reed pleaded guilty of bank robbery.

On appeal, he raises issues regarding his competency to stand trial and to face sentencing. As part of his argument, he asserts that his guilty plea was not knowing and voluntary and that the court should have asked open-ended questions, instead of just yes-or-no questions, in an effort better to ascertain his competency.

   We have reviewed the briefs, the record, and the applicable law and have heard the arguments of counsel. We conclude that the

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court properly found Reed competent and that there was no error in the court's other rulings. In any event, the standard of review for a competency determination is highly deferential, and the rulings here are easily protected by that standard.

The judgments of conviction and sentence are AFFIRMED.